■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE PEREZ, Appellant. [604 NYS2d 803] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brill, J.), rendered February 20, 1992, convicting him of grand larceny in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THURSTON PILGRIM, Appellant. [604 NYS2d 804] —Appeal by the defendant from two judgments of the Supreme Court, Kings County (Marrus, J.), both rendered September 21, 1992, convicting him of murder in the second degree under Indictment No. 11720/91, upon his plea of guilty, and robbery in the first degree under Indictment No. 12088/91, upon his plea of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

The court did not improvidently exercise its discretion in denying the defendant's motion to withdraw his pleas of guilty (see, CPL 220.60 [3]; People v Dickerson, 163 AD2d 610). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.